IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BATES, TYRONE FLOWERS, and QUINCY HUGHES,<br><br>Defendants. | 8:12-CR-418<br><br>**FINAL ORDER OF FORFEITURE** |

   This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 170. On May 22, 2014, the Court entered a Preliminary Order of Forfeiture (filing 126) pursuant to 21 U.S.C. § 853, based upon the defendants' pleas of guilty to violating 21 U.S.C. §§ 841 and 846, and 18 U.S.C. §§ 924(c) and 2. By way of the Preliminary Order, the defendants' interests in the following properties were forfeited to the United States: $1,500 in United States currency found in Bates' vehicle and $108 found in Bates' wallet on November 29, 2012.

   As directed by the Preliminary Order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 23, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 169) was filed on October 22, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

   IT IS ORDERED:

   1. The plaintiff's Motion for Final Order of Forfeiture (filing 170) is granted.

   2. All right, title, and interest in and to the $108 and $1,500 in United States currency, held by any person or entity, are hereby forever barred and foreclosed:

   3. The above properties are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

Dated this 27th day of October, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge