IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CR-418 |
| vs. | |
| CHRISTOPHER BATES, | ORDER |
| Defendant. | |

The Federal Public Defender has appeared on the defendant's behalf and filed a motion to appoint counsel (filing 239), for the purpose of pursuing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." Accordingly,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 239) is granted.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the defendant for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce the defendant's term of imprisonment.

3. The government shall respond to the defendant's motion for compassionate release within 21 days after it is filed. The defendant may file a reply brief within 7 days after the government's response is filed, at which time the matter is submitted.

Dated this 3rd day of October 2020.

BY THE COURT:

John M. Gerrard
United States District Judge